# Court of Appeals
# of the State of Georgia

ATLANTA, December 01, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0100.  IN THE INTEREST OF O. M., A CHILD (MOTHER).**

On February 27, 2025, the trial court entered an order terminating the parental rights of the mother and father of the minor child, O. M.  On March 17, 2025, the mother filed a motion for new trial, which the trial court denied on November 24, 2025.  On December 1, 2025, the mother filed an emergency motion for an extension of time of 30 days to file an application for discretionary appeal from the trial court's order denying her motion for new trial.[1]  The motion is hereby GRANTED.  See Court of Appeals Rules 16 (c), 31 (h), 40 (b).  The mother's application for discretionary appeal shall be due on or before January 23, 2026.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/01/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The mother previously filed an emergency motion for an extension of time that was denied by this Court without prejudice because the motion was not properly limited in scope and was not supported by sufficient materials for this Court to determine its timeliness.  See *In the Interest of O.M.*, Case No. A26E0009 (Nov. 26, 2025). The mother's current emergency motion does not suffer from the same defects.